denied. *Thomas S. Tobin* for petitioner. *Willard F. Williamson* and *W. R. Wallace, Jr.* for respondent.

No. 139. NEMOURS *v.* HICKEY ET AL. Supreme Court of Missouri. Certiorari denied. *J. L. London* for petitioner.

No. 140. FEDERAL BROADCASTING SYSTEM, INC. *v.* AMERICAN BROADCASTING CO., INC. ET AL. C. A. 2d Cir. Certiorari denied. *William L. McGovern* and *Seymour Krieger* for petitioner. *Thurman Arnold* and *Paul A. Porter* for the American Broadcasting Co., Inc.; and *Leon Lauterstein* for the Mutual Broadcasting System, Inc., respondents. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* supporting the petition.

No. 141. BORAK *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 142. CAMPA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Floyd Duke James* for petitioner. *Solicitor General Perlman* for the United States.

No. 144. A. J. TRISTANI SUCRS., INC. *v.* BUSCAGLIA, TREASURER, ET AL.; and

No. 145. R. SANTAELLA & BROTHER, INC. *v.* BUSCAGLIA, TREASURER, ET AL. C. A. 1st Cir. Certiorari denied. *F. Fernández Cuyar* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *I. Henry Kutz* for Buscaglia, Treasurer, respondent. Reported below: 166 F. 2d 966.